No. 123. WILLIAM P. DEVOU, EXECUTOR OF SARAH O. DEVOU, DECEASED, PLAINTIFF IN ERROR, *v.* CINCINNATI, COVINGTON & ERLANGER RAILWAY COMPANY. Error to the Court of Appeals of the State of Kentucky. Argued for the plaintiff in error April 12, 1911. Decided April 17, 1911. *Per Curiam.* Dismissed for want of jurisdiction. *First National Bank* v. *Estherville,* 215 U. S. 341, 346; *Rogers* v. *Clark Iron Co.,* 217 U. S. 589; *Waters-Pierce Oil Co.* v. *Texas,* 212 U. S. 112, 116, 117, and cases cited; *Cincinnati &c. Railway Co.* v. *Slade,* 216 U. S. 78, 83. *Mr. Herbert Jackson* for the plaintiff in error. *Mr. Frank Wright Cottle, Mr. Alfred C. Cassatt* and *Mr. Richard P. Ernst* for the defendant in error.

———

No. 919. BENJAMIN W. HUBBARD, PLAINTIFF IN ERROR, *v.* WORCESTER ART MUSEUM. Error to the Circuit Court of the United States for the District of Massachusetts. Motion to dismiss or affirm submitted April 10, 1911. Decided April 17, 1911. *Per Curiam.* Dismissed for want of jurisdiction. *First National Bank* v. *Estherville,* 215 U. S. 341, 346; *Rogers* v. *Clark Iron Co.,* 217 U. S. 589; *Waters-Pierce Oil Co.* v. *Texas,* 212 U. S. 112, 116, 117, and cases cited; *Cincinnati &c. Railway Co.* v. *Slade,* 216 U. S. 78, 83. See *Home for Destitute Children* v. *Peter*